**Vincent Nathaniel CANNADY,
Appellant,**

v.

**FIRST COMP, Appellee.**

**No. 09–1961.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 16, 2010.

Filed: Feb. 25, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Vincent Cannady appeals the district court's[1] adverse grant of summary judgment in his pro se discrimination action against a prospective employer. After careful de novo review, *see Arraleh v. County of Ramsey*, 461 F.3d 967, 974 (8th Cir.2006) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.